CHARLES WARE v. PRUDENTIAL INSURANCE COMPANY.

September 7, 1988.

Petition for certification denied. (See 220 *N.J.Super.* 135)

ERIKA P. REED, ET AL. v. JOSEPH R. SALADINO, M.D.

September 7, 1988.

Petition for certification granted.

D.I.A.L. (DISABLED, INFORMATION, AWARENESS & LIVING), A NEW JERSEY NONPROFIT CORPORATION AND KAREN KORB v. THE CITY OF CLIFTON CONSTRUCTION BOARD OF APPEALS AND JO-CAL ASSOCIATES DEVELOPERS.

September 7, 1988.

Petition for certification denied. (See 218 *N.J.Super.* 74)

STATE OF NEW JERSEY v. SHIRLEY SIMMONS.

September 7, 1988.

Petition for certification denied.